1
2
3
4
5
6
7

**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: 23ANDME, INC., Customer Data Security Breach Litigation | MDL No. 3098 |

8

## CERTIFICATE OF SERVICE

9

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

10 Panel on Multidistrict Litigation, I hereby certify that on January 18, 2024, copies of the

11 foregoing Plaintiff Thomas Vickery's Response in Opposition to Motion for Transfer and

12 Consolidation Pursuant to 28 U.S.C. § 1407 was electronically filed with the Clerk of the Court

13 through the CM/ECF system, which will send notification of such filing to all counsel of record

14 registered as CM/ECF users, as denoted on the Electronic Mail Notice List.

15 **Counsel for Parties Served via ECF:**

| **Santana, et al. v. 23andMe, Inc.** (Case No. 3:23-cv-05147-EMC) **Northern District of California** | **Lamons v. 23andMe, Inc.** (Case No. 3:23-cv-05178-EMC) **Northern District of California** |
|---|---|
| Scott Edelsberg EDELSBERG LAW, P.A. scott@edelsberglaw.com 1925 Century Park E #1700 Los Angeles, CA 90067 Telephone: 305-975-3320 | Michael R. Reese mreese@reesellp.com 100 West 93rd Street, 16th Floor New York, New York 10025 Telephone: (212) 643-0500 |
| Andrew J. Shamis SHAMIS & GENTILE, P.A. 14 NE 1st Avenue, Suite 400 Miami, FL 33132 Telephone: 305-479-2299 ashamis@shamisgentile.com | George V. Granade 8484 Wilshire Boulevard, Suite 515 Los Angeles, California 90211 Telephone: (310) 393-0070 ggranade@reesellp.com |
| **Attorneys for Plaintiffs Monica Santana and Paula Kleynburd** | Charles D. Moore REESE LLP cmoore@reesellp.com 100 South 5th Street, Suite 1900 Minneapolis, Minnesota 55402 Telephone: (212) 643-0500 |
| | Kevin Laukaitis LAUKAITIS LAW LLC |

| | |
|---|---|
| | klaukaitis@laukaitis.com<br>954 Avenida Ponce De Leon Suite 205, #10518<br>San Juan, Puerto Rico 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Kerry Lamons** |
| **Eden et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05200-EMC)<br>**Northern District of California**<br><br>Melissa Emert<br>Gary S. Graifman<br>KANTROWITZ, GOLDHAMER &<br>GRAIFMAN, P.C.<br>135 Chestnut Ridge Road, Suite 200<br>Montvale, NJ 07645<br>memert@kgglaw.com<br>ggraifman@kgglaw.com<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br><br>David S. Casey<br>dcasey@cglaw.com<br>Gayle M. Blatt<br>gmb@cglaw.com<br>P. Camille Guerra<br>camille@cglaw.com<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD,<br>LLP<br><br>**Attorneys for Plaintiffs Bonnie Eden (also a Movant in Case No. 3:23-cv-05147-EMC), Daniel Pinho, Thomas Seawright and Pamela Zager-Maya** | **J.S. et al v. 23andMe, Inc., et al.**<br>(Case No. 3:23-cv-05234-EMC)<br>**Northern District of California**<br><br>Sharon J. Zinns<br>ZINNS LAW, LLC<br>4243 Dunwoody Club Drive<br>Suite 104<br>Atlanta, Georgia 30350<br>(404) 882-9002<br>sharon@zinnslaw.com<br><br>Maureen M. Brady<br>Lucy McShane<br>McSHANE & BRADY, LLC<br>1656 Washington Street, Suite 120<br>Kansas City, MO 64108<br>Telephone: (816) 888-8010<br>Facsimile: (816) 332-6295<br>mbrady@mcshanebradylaw.com<br>lmcshane@mcshanebradylaw.com<br><br>**Attorneys for Plaintiffs J.S., J.T., and A.L** |
| **Mirza v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05259-EMC)<br>**Northern District of California**<br><br>Seyed Abbas<br>Kazerounian Mona<br>Amini<br>KAZEROUNI LAW GROUP, APC<br>ak@kazlg.com | **Navarro v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05281-EMC)<br>**Northern District of California**<br><br>Scott Edward Cole<br>Laura Grace Van Note<br>COLE & VAN NOTE<br>555 12th Street, Suite 2100<br>Oakland, California 94607 |

| | |
|---|---|
| 1 | mona@kazlg.com |
| | 245 Fischer Avenue, Unit D1 |
| 2 | Costa Mesa, California 92626 |
| | Telephone: (800) 400-6808 |
| 3 | Facsimile: (800) 520-5523 |
| 4 | **Attorneys for Plaintiff Haris Mirza** |

Telephone: (510) 891-9800
Facsimile: (510) 891-7030
sec@colevannote.com
lvn@colevannote.com

**Attorneys for Plaintiffs Katianne Navarro and Michael Blackwell**

5 | **Greenberg v. 23andMe, Inc.**
(Case No. 3:23-cv-05302-EMC)
6 | **Northern District of California**

7 | John J. Nelson
8 | MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
9 | 402 W Broadway, Suite 1760
San Diego, CA 92101
10 | Tel.: (858) 209-6941
jnelson@milberg.com
11 |
12 | Jeff Ostrow
KOPELOWITZ OSTROW FERGUSON
13 | WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
14 | Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
15 | ostrow@kolawyers.com
16 | **Attorneys for Plaintiff Caroline Greenberg**

**Friend v. 23andMe, Inc.**
(Case No. 3:23-cv-05323-EMC)
**Northern District of California**

Kaveh S. Elihu
Saima Ali Gipson
1001 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 382-2222
Facsimile: (213) 382-2230
EMPLOYEE JUSTICE LEGAL GROUP, PC
kelihu@ejlglaw.com
sali@ejlglaw.com

**Attorneys for Plaintiffs Nichole Friend, Aaron Parra, and Mari Rajamin**

17 | **Hoffman et al v. 23andMe, Inc.**
(Case No. 3:23-cv-05332-EMC)
18 | **Northern District of California**

19 | John J. Nelson
20 | MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
21 | 402 W. Broadway, Suite 1760
San Diego, California 9
22 | Tel.: (858) 209-6941
jnelson@milberg.com
23 |
24 | Marc E. Dann
DANNLAW
25 | 25 North Street
Dublin, Ohio 43017
26 | mdann@dannlaw.com
27 | Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
28 | 77 W. Washington Street, Suite 1220

**Farmer v. 23andMe, Inc.**
(Case No. 3:23-cv-05341-EMC)
**Northern District of California**

M. Anderson Berry
Gregory Haroutunian
Brandon P. Jack
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

Benjamin H. Kleine
KLEINE PC
95 Third Street, 2nd
Floor, #9048
San Francisco, CA 94103
Telephone: 415-465-5655
ben@kleinepc.com

| | |
|---|---|
| Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>tom@attorneyzim.com<br><br>**Attorneys for Plaintiffs Alexandra Hoffman and Alexandra Klawitter** | **Attorneys for Plaintiff Adriane Farmer** |
| **Berman et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05345-EMC)<br>**Northern District of California**<br><br>Ross M. Good<br>LOFTUS & EISENBERG, LTD.<br>161 N. Clark, Suite 1600<br>Chicago, Illinois 60601<br>T: (312) 889-6625<br>ross@loftusandeisenberg.com<br><br>William Aron ARON LAW FIRM<br>15 W Carrillo St, Suite 217<br>Santa Barbara,<br>CA 93101<br>T: (805) 618-1768<br>bill@aronlawfirm.com<br><br>**Attorneys for Plaintiffs Melanie Berman, Lisa Jones, Lyon Leifer, Kathleen Canfield Loftus, Julia Hawkins** | **Tulchinsky v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05369-EMC)<br>**Northern District of California**<br><br>Michael R. Reese<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>George V. Granade<br>ggrandade@reesellp.com<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Charles D. Moore<br>REESE LLP<br>cmoore@reesellp.com<br>100 South 5th Street, Suite 1900<br>Minneapolis, Minnesota 55402<br>Telephone: (212) 643-0500<br><br>Courtney L. Weiner<br>LAW OFFICE OF COURTNEY WEINER PLLC<br>cw@courtneyweinerlaw.com<br>1629 K St. NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 827-9980<br><br>**Attorneys for Plaintiff David Tulchinsky** |
| **Seikel v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05419-EMC)<br>**Northern District of California**<br><br>Ben F. Pierce Gore<br>PIERCE GORE LAW FIRM, PC<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>(408) 806-4600 | **Fralix v. 23andMe, Inc**.<br>(Case No. 3:23-cv-05439-EMC)<br>**Northern District of California**<br><br>Eric M. Poulin<br>eric.poulin@poulinwilley.com<br>Blake G. Abbott<br>blake.abbott@poulinwilley.com<br>Paul J. Doolittle<br>paul.doolittle@poulinwilley.com |

| | |
|---|---|
| 1 | piercegore@gmail.com | 32 Ann Street |
| 2 | Charles J. LaDuca Brendan Thompson | Charleston, SC 29403<br>Telephone: (803) 222-2222 |
| 3 | CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Avenue NW Suite 200 | Fax: (843) 494-5536<br>POULIN WILLEY ANASTOPOULO, LLC |
| 4 | Washington, DC 20016 (202) 789-3960<br>charles@cuneolaw.com; | John Christian |
| 5 | brendan@cuneolaw.com | yanni@bohrenlaw.com<br>8560 West Sunset Boulevard, 4th Floor |
| 6 | Charles Barrett | West Hollywood, CA 90069 |
| 7 | Daniella Bhadare-Valente<br>Morgan L. Burkett | Tel: 619-433-2803<br>Fax: 800-867-6779 |
| 8 | NEAL & HARWELL, PLC<br>1201 Demonbreun St. | Bohren BOHREN LAW, APC<br>**Attorneys for Plaintiff Elaine Fralix** |
| 9 | Suite 1000<br>Nashville, TN 37203 | |
| 10 | (615) 244-1713 | |
| 11 | cbarrett@nealharwell.com<br>dbhadare-valente@nealharwell.com | |
| 12 | mburkett@nealharwell.com | |
| 13 | **Attorneys for Plaintiff Stephen L. Seikel** | |

| | |
|---|---|
| 14 | Velez v. 23andMe, Inc.<br>(Case No. 3:23-cv-05464-EMC) | **Smith v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05548-EMC) |
| 15 | Northern District of California<br>Karen Hanson Riebel | **Northern District of California** |
| 16 | Kate Baxter-Kauf<br>Maureen Kane Berg | Nicholas A. Migliaccio<br>412 H Street NE, no. 302, |
| 17 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Square, Suite 2200 | Washington, DC, 20002<br>Office: (202) 470-3520 |
| 18 | Minneapolis, Minnesota 55401 | nmigliaccio@classlawdc.com |
| 19 | Telephone: 612-339-6900<br>Facsimile: 612-339-0981 | Jason S. Rathod |
| 20 | khriebel@locklaw.com<br>kmbaxter-kauf@locklaw.com | jrathod@classlawdc.com |
| 21 | mkberg@locklaw.com<br>Gayle M. Blatt | Matthew Smith<br>201 Spear Street, Suite 1100 |
| 22 | P. Camille Guerra | San Francisco, CA 94105<br>Tel: (831) 687-8255 |
| 23 | CASEY GERRY SCHENK<br>FRANCAVILLA BLATT & PENFIELD,<br>LLP | MIGLIACCIO & RATHOD LLP<br>msmith@classlawdc.com |
| 24 | 110 Laurel Street | **Attorneys for Plaintiff Laquisha Smith** |
| 25 | San Diego, CA 92101<br>Telephone: 619-238-1811 | |
| 26 | Facsimile: 619-544-9232<br>gmb@cglaw.com | |
| 27 | camille@cglaw.com<br>Gary F. Lynch | |
| 28 | | |

| | | |
|---|---|---|
| 1 | LYNCH CARPENTER, LLP | |
| 2 | 1133 Penn Avenue, 5th Floor<br>Pittsburg, PA 15222 | |
| 3 | Telephone: 412-322-9243<br>Facsimile: 412-231-0246 | |
| 4 | gary@lcllp.com | |
| 5 | **Attorneys for Plaintiff Harold Velez** | |

| | | |
|---|---|---|
| 6 | **Alperstein et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05541-EMC) | **Furia v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05565-EMC) |
| 7 | **Northern District of California**<br>CLARKSON LAW FIRM, P.C. | **Northern District of California**<br>Matthew Smith |
| 8 | Ryan J. Clarkson<br>rclarkson@clarksonlawfirm.com | MIGLIACCIO & RATHOD LLP<br>201 Spear Street, Suite 1100 |
| 9 | Yana Hart<br>yhart@clarksonlawfirm.com | San Francisco, CA 94105<br>Tel: (831) 687-8255 |
| 10 | Tiara Avaness<br>tavaness@clarksonlawfirm.com | msmith@classlawdc.com |
| 11 | Valter Malkhasyan | |
| 12 | vmalkhasyan@clarksonlawfirm.com<br>22525 Pacific Coast Highway | Daniel E. Gustafson<br>David A. Goodwin<br>Matt Jacobs |
| 13 | Malibu, CA 90265<br>Tel: (213) 788-4050 | GUSTAFSON GLUEK PLLC<br>120 South Sixth Street, Suite 2600 |
| 14 | Fax: (213) 788-4070 | Minneapolis, MN 55402<br>Tel: (612) 333-8844 |
| 15 | **Attorneys for Plaintiffs Max Alperstein** | dgustafson@gustafsongluek.com<br>dgoodwin@gustafsongluek.com |
| 16 | **and Arya Shoaee** | mjacos@gustafsongluek.com |
| 17 | | **Attorneys for Plaintiff Nicholas Furia** |
| 18 | | |

| | | |
|---|---|---|
| 19 | **Schutz v. 23andMe Inc.**<br>(Case No. 3:23-cv-05579) | **Vickery v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05635-EMC) |
| 20 | **Northern District of California** | **Northern District of California** |
| 21 | KAPLAN FOX & KILSHEIMER LLP<br>Laurence D. King | Rachele R. Byrd<br>WOLF HALDENSTEIN ADLER |
| 22 | Matthew B. George<br>Blair E. Reed | FREEMAN<br>& HERZ LLP |
| 23 | 1999 Harrison Street, Suite 1560 | 750 B Street, Suite 1820 |
| 24 | Oakland, CA 94612<br>Telephone: 415-772-4700 | San Diego, CA 92101<br>Telephone: (619) 239-4599 |
| 25 | Facsimile: 415-772-4707<br>Email: lking@kaplanfox.com | Facsimile: (619) 234-4599<br>byrd@whafh.com |
| 26 | mgeorge@kaplanfox.com<br>breed@kaplanfox.com | |
| 27 | | Jon Tostrud<br>TOSTRUD LAW GROUP, PC |
| 28 | BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |

| | |
|---|---|
| Anthony L. Parkhill<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Telephone: 312-621-2000<br>Facsimile: 312-641-5504<br>Email: b.barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br><br>**Attorneys for Plaintiff Michael Schutz,<br>Cody Vogel, and Eileen Mullen (also a<br>Movant in Case No. 3:23-cv-05147-EMC)** | Telephone: 310/278-2600<br>Facsimile: 310/278-2640<br>jtostrud@tostrudlaw.com<br><br>Erik H. Langeland<br>ERIK H. LANGELAND, P.C.<br>733 Third Avenue, 16th Floor<br>New York, NY. 10017<br>Telephone: (212) 354-6270<br>elangeland@langelandlaw.com<br><br>**Attorneys for Plaintiff Thomas Vickery** |
| **Sorensen v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05677-EMC)<br>**Northern District of California**<br><br>M. Anderson Berry<br>Gregory Haroutunian<br>Brandon P. Jack<br>CLAYEO C. ARNOLD<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Telephone: (916) 239-4778<br>Facsimile: (916) 924-1829<br>aberry@justice4you.com<br>gharoutunian@justice4you.com<br>bjack@justice4you.com<br><br>William B. Federman<br>FEDERMAN & SHERWOOD<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>-and212 W. Spring Valley Road<br>Richardson, Texas 75081<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>wbf@federmanlaw.com<br><br>**Attorneys for Plaintiff Brianna Sorensen** | **Doe v. 23andMe, Inc.**<br>(Case No. 3:23-cv-05717-EMC)<br>**Northern District of California**<br><br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>Dorothy P. Antullis<br>Stuart A. Davidson<br>Lindsey H. Taylor<br>Nicolle B. Brito<br>Alexander C. Cohen<br>Nicolle B. Brito<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000<br>561/750-3364 (fax)<br>DAntullis@rgrdlaw.com<br>NBrito@rgrdlaw.com<br>LTaylor@rgrdlaw.com<br>ACohen@rgrdlaw.com<br>SDavidson@rgrdlaw.com<br><br>THE GRANT LAW FIRM, PLLC<br>Lynda J. Grant<br>lgrant@grantfirm.com<br>521 Fifth Avenue, 17th Floor<br>New York, NY 10175<br>Telephone: 212/292-4441<br>212/292-4442 (fax)<br><br>LONGMAN LAW, P.C.<br>Howard T. Longman<br>HLongman@Longman.Law<br>354 Eisenhower Parkway, Suite 1800<br>Livingston, NJ 07039<br>Telephone: 973/994-2315<br>973/994-2319 (fax) |

|  |  |
|---|---|
|  | **Attorneys for John Doe** |
| **Dube v. 23andMe, Inc.** | **Andrizzi v. 23andMe, Inc.** |
| (Case No. 3:23-cv-05768-EMC) | (Case No. 3:23-cv-05198-EMC) |
| **Northern District of California** | **Northern District of California** |
| John J. Nelson | Daniel Srourian, Esq. |
| MILBERG COLEMAN BRYSON | SROURIAN LAW FIRM, P.C. |
| PHILLIPS GROSSMAN, LLC | 3435 Wilshire Blvd., Suite 1710 |
| 402 W. Broadway, Suite 1760 | Los Angeles, California 90010 |
| San Diego, CA 92101 | Telephone: (213) 474-3800 |
| Telephone: (858) 209-6941 | Facsimile: (213) 471-4160 |
| Fax: (858) 209-6941 | Email: daniel@slfla.com |
| Email: jnelson@milberg.com |  |
|  | **Attorneys for Plaintiff Michelle Andrizzi** |
| Jason P. Sultzer, Esq. |  |
| 270 Madison Avenue, Suite 1800 |  |
| New York, NY 10016 |  |
| Tel: (845) 483-7100 |  |
| Fax: (888) 749-7747 |  |
| sultzerj@thesultzerlawgroup.com |  |
|  |  |
| Charles E. Schaffer, Esq. |  |
| LEVIN SEDRAN & BERMAN |  |
| 510 Walnut Street, Suite 500 |  |
| Philadelphia, PA 19106 |  |
| Tel: 215-592-1500 |  |
| cschaffer@lfsblaw.com |  |
|  |  |
| **Attorneys for Plaintiff Briana Dube** |  |
| **Molina v. 23andMe, Inc.** | **Scott v. 23andMe Holding Co., 23andMe, Inc.** |
| (Case No. 3:23-cv-05779-EMC) |  |
| **Northern District of California** | (Case No. 3:23-cv-5980-LB) |
|  | **Northern District of California** |
| Daniel E. Barenbaum |  |
| Christina M. Sarraf | LEXINGTON LAW GROUP |
| 425 California Street, Suite 2300 | Mark N. Todzo |
| San Francisco, CA 94104 | Meredyth L. Merrow |
| Telephone: (415) 433-3200 | 503 Divisadero Street |
| Facsimile: (415) 433-6382 | San Francisco, CA 94117 |
| Email: dbarenbaum@bermantabacco.com | Telephone: (415) 913-7800 |
| csarraf@bermantabacco.com | Facsimile: (415) 759-4112 |
|  | mtodzo@lexlawgroup.com |
| Patrick T. Egan | mmerrow@lexlawgroup.com |
| Steven J. Buttacavoli |  |
| BERMAN TABACCO | Joseph P. Guglielmo |
| One Liberty Square | Carey Alexander |
| Boston, MA 02109 | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| Telephone: (617) 542-8300 | The Helmsley Building |
| Facsimile: (617) 542-1194 |  |

| | |
|---|---|
| 1 | Email: pegan@bermantabacco.com<br>sbuttacavoli@bermantabacco.com | 230 Park Avenue, 17th Floor<br>New York, NY 10169-1820 |
| 2 | **Attorneys for Plaintiff Brandon Molina** | Telephone: (212) 223-6444 |
| 3 | | Facsimile: (212) 223-6334<br>jguglielmo@scott-scott.com |
| 4 | | calexander@scott-scott.com |
| 5 | | **Attorneys for Plaintiff Tracy Scott, Anna<br>Daveiga, and Emily Beale** |
| 6 | **Ioffe v. 23andMe, Inc.**<br>(Case No. 5:23-cv-06205-NC) | **Rivers v. 23andMe Holding Co., 23andMe,<br>Inc.** |
| 7 | **Northern District of California** | (Case No. 4:23-cv-06481-DMR)<br>**Northern District of California** |
| 8 | SCHUBERT JONCKHEER & KOLBE LLP | |
| 9 | Robert C. Schubert<br>rschubert@sjk.law | AZRA MEHDI (SBN 220406)<br>azram@themehdifirm.com |
| 10 | Amber L. Schubert<br>aschubert@sjk.law | The Mehdi Firm, PC<br>95 Third Street |
| 11 | 2001 Union St, Ste 200 | 2nd Floor No. 9122 |
| 12 | San Francisco, CA 94123<br>Tel: (415) 788-4220 | San Francisco, CA 94103<br>Ph/Fax: (415) 905-8880 |
| 13 | Fax: (415) 788-0161 | |
| 14 | **Attorneys for Plaintiff Polina Ioffe** | John C. Herman<br>jherman@hermanjones.com |
| 15 | | Candace N. Smith<br>csmith@hermanjones.com |
| 16 | | HERMAN JONES LLP<br>3424 Peachtree Road N.E., Suite 1650 |
| 17 | | Atlanta, Georgia 30326<br>Telephone: (404) 504-6500 |
| 18 | | Facsimile: (404) 504-6501 |
| 19 | | **Attorneys for Plaintiff Kristen Rivers and<br>V.R. Rivers** |
| 20 | **Ryan v. 23andMe Inc.**<br>(Case No. 3:23-cv-5968-CRB) | **Dhaman Gill v. 23andMe, Inc.**<br>(Case No. 8:23-cv-02387-FWS-DFM) |
| 21 | **Northern District of California** | **Central District of California** |
| 22 | GLANCY PRONGAY & MURRAY LLP | Michael R. Reese |
| 23 | Marc L. Godino<br>1925 Century Park East | mreese@reesellp.com<br>REESE LLP |
| 24 | Suite 2100<br>Los Angeles, CA 90067 | 100 West 93rd Street, 16th Floor<br>New York, New York 10025 |
| 25 | Telephone: (310) 201-9150 | Telephone: (212) 643-0500 |
| 26 | Facsimile: (310) 432-1495<br>Email: mgodino@glancylaw.com | George V. Granade |
| 27 | Brian P. Murray | ggranade@reesellp.com<br>REESE LLP |
| 28 | GLANCY PRONGAY & MURRAY LLP | 8484 Wilshire Boulevard, Suite 515 |

| | |
|---|---|
| 230 Park Avenue, Suite 358<br>New York, NY 10169<br>Tel: (212) 682-5340<br>Fax: (212)-884-0988<br>bmurray@glancylaw.com<br><br>LAW OFFICE OF PAUL C. WHALEN, P.C.<br>Paul C. Whalen<br>768 Plandome Road<br>Manhasset, NY 11030<br>Tel.: (516) 426-6870<br>paul@paulwhalen.com<br><br>**Attorneys for Plaintiff Melissa Ryan** | Los Angeles, California 90211<br>Telephone: (310) 393-0070<br><br>Kevin Laukaitis<br>klaukaitis@laukaitislaw.com<br>LAUKAITIS LAW LLC<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br><br>**Attorneys for Plaintiff Dhaman Gill** |
| **Bacus v. 23andMe, Inc**.<br> (Case No. 1:23-cv-16828)<br>**Northern District of Illinois**<br><br>Andrea Gold<br>Hassan A. Zavareei<br>hzavareei@tzlegal.com<br>Glenn E. Chappell<br>gchappell@tzlegal.com<br>David W. Lawler<br>dlawler@tzlegal.com<br>Leora N. Friedman<br>lfriedman@tzlegal.com<br>TYCKO & ZAVAREEI LLP<br>2000 Pennsylvania Avenue NW<br>Suite 1010<br>Washington, D.C. 20006<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br><br>**Attorneys for Plaintiff Michele Bacus** | **Hu v. 23andMe, Inc.**<br>(Case No. 1:23-cv-17079)<br>**Northern District of Illinois**<br><br>Katrina Carroll<br>LYNCH CARPENTER, LLP<br>111 W. Washington St. Suite 1240<br>Chicago IL 60602<br>312.750.1265<br>katrina@lcllp.com<br><br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>610.234.6486<br>jjagher@fklmlaw.com<br>Michael E. Moskovitz<br>Nia-Imara Barberousse Binns<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>224.632.4506<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com<br><br>**Attorneys for Plaintiff Alyson Hu** |
| **Paddy et al v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06698-EMC)<br>**Northern District of California**<br>Laurence D. King<br>Matthew B. George<br>Blair E. Reed<br>KAPLAN FOX & KILSHEIMER LLP | **Picha v. 23andMe, Inc.**<br>(Case No. 3:23-cv-06719-EMC)<br>**Northern District of California**<br>Christopher L. Springer<br>Cari Campen Laufenberg<br>Gretchen Freeman Cappio<br>KELLER ROHRBACK L.L.P |

| | |
|---|---|
| 1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com | 801 Garden Street, Suite 301<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>gcappio@kellerrohrback.com<br>(805) 456-1496 |
| Norman E. Siegel<br>J. Austin Moore<br>Brandi S. Spates<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>siegel@stuevesiegel.com<br>moore@stuevesiegel.com<br>spates@stuevesiegel.com<br><br>**Attorneys for Plaintiff Claire Paddy and Neil Haven** | **Attorneys for Plaintiff Cami Picha** |
| **In re: 23andMe, INC., Customer Data** Security Breach Litigation<br>(Case No. MDL 3098)<br>**Multidistrict Litigation**<br><br>Ian C. Ballon<br>GREENBERG TRAURIG, LLP<br>Ballon@gtlaw.com<br>1900 University Avenue, 5th Floor<br>East Palo Alto, California 94303<br>Tel: 650-289-7881; Fax: 650-462-7881<br><br>**Attorneys for Defendants 23andMe, Inc., 23andMe Pharmacy Holdings, Inc., 23andMe Holding Co.** | |

Dated: January 18, 2024

Respectfully submitted,

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**

By:     /s/ *Rachele R. Byrd*
          RACHELE R. BYRD

RACHELE R. BYRD
byrd@whafh.com
750 B Street, Suite 1820

San Diego, CA 92101
Telephone:   619/239-4599
Facsimile:    619/234-4599

**TOSTRUD LAW GROUP, P.C.**
JON A. TOSTRUD
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com

**ERIK H. LANGELAND, P.C.**
ERIK H. LANGELAND
733 Third Avenue, 16th Floor
New York, NY. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Attorneys for Plaintiff Thomas Vickery*