**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIR:<br>**Karen K. Caldwell**<br>United States District Court<br>Eastern District of Kentucky | MEMBERS:<br>**Nathaniel M. Gorton**<br>United States District Court<br>District of Massachusetts<br><br>**David C. Norton**<br>United States District Court<br>District of South Carolina<br><br>**Dale A. Kimball**<br>United States District Court<br>District of Utah | **Matthew F. Kennelly**<br>United States District Court<br>Northern District of Illinois<br><br>**Roger T. Benitez**<br>United States District Court<br>Southern District of California<br><br>**Madeline Cox Arleo**<br>United States District Court<br>District of New Jersey | DIRECT REPLY TO:<br>**Tiffaney D. Pete**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>  Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20544-0005<br><br>Telephone: (202) 502-2800<br>Fax: (202) 502-2888 |

ADVISORY

Counsel appearing for oral argument before the Panel are prohibited from bringing cell phones into the courthouse. Counsel may bring laptop computers into the courthouse.

**Please note:** If cell phones are brought to the courthouse, the Court U.S. Marshals Service assumes no responsibility for damage or loss to the item if left with security.